LANGDON *vs.* STILES.—*IN CHANCERY.*

The equity of redemption, in ordinary cases, one year and seven days.

BILL in equity for the foreclosure of a mortgage.

In pronouncing the decree, the Court remarked, that they had come to the resolution to make the ordinary time of redemption, in cases in chancery, *one year and one week.* The reason assigned by the Court for this rule, was to afford a time for an application to the court for a correction of the decree, in cases of mistake.